# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KELVIN WELLS AND ON TREASURE
WELLS, BETHANY WELLS,
PATRICK WELLS

NO.  2019 CW 0603

VERSUS

RONNIE BULLION, DEBRA
DORSEY, DOUG WELBORN

**SEP 3 0 2019**

---

In Re:    Kelvin Wells, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 669962.

---

BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT GRANTED WITH ORDER.** The district court's April 10, 2019 judgment granting the Peremptory Exception of No Cause of Action filed by Ronnie Bullion and dismissing the petition of Plaintiff, Kelvin Wells, as to Mr. Bullion with prejudice is a final judgment. La. Code Civ. P. art. 1915(A)(1). When an unrestricted appeal is taken from a final judgment determinative of the merits, an appellant is generally entitled to seek review of all adverse interlocutory judgments prejudicial to him, in addition to the review of the final judgment. See **State ex rel. Div. of Admin., Office of Risk Management v. National Union Fire Ins. Co. of Louisiana**, 2010-0689 (La. App. 1st Cir. 2/11/11), 56 So.3d 1236, 1242 n.6, writ denied, 2011-0849 (La. 6/3/11), 63 So.3d 1023. Therefore, it is hereby ordered that this case be remanded to the district court with instruction to grant Kelvin Wells an appeal pursuant to the April 5, 2019 pleading notifying the district court of the relator's intention to seek writs. See **In re Howard**, 541 So.2d 195 (La. 1989) (per curiam). A copy of this court's action is to be included in the appellate record.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT